**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Timothy Wayne Alford, Appellant.

Appellate Case No. 2012-211997

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2013-UP-353
Submitted August 1, 2013 – Filed September 11, 2013

**APPEAL DISMISSED**

Appellate Defender Dayne C. Phillips, of Columbia, for Appellant.

Assistant Attorney General James Rutledge Johnson, of Columbia, for Respondent.

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.